**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**

Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
www.pawd.uscourts.gov

**JOSHUA C. LEWIS**
CLERK OF COURT
412−208−7500

IN REPLYING GIVE NUMBER
OF CASE AND NAMES OF PARTIES

Date: October 24, 2017

Register of Copyrights
Copyright Office
Library of Congress
Washington, DC 20559

      RE:   COSTAR GROUP, INC. vs. RE BACKOFFICE, INC.
          Case Number:   **2:17−CV−01354−AJS**

Dear Sir or Madam:

   In compliance with the provisions of 17 U.S.C. 508, enclosed is a copy of the docket entries and complaint which was filed in the United States District Court for the Western District of Pennsylvania.

                    Sincerely,

                    JOSHUA C. LEWIS
                    CLERK OF COURT

      By:   /s/ **jv**
              Deputy Clerk

Enclosures